# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 830 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CRAIG DORIAN HALL, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 7th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.